United States District Court
Northern District of California

1

2

3

4                            UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7      UNITED STATES OF AMERICA,                    Case No. 12-cr-00119-SI-1

8                    Plaintiff,

9             v.                                    **ORDER RE: GIOVANNI ASCENSIO'S
                                                    MOTION TO VACATE OR CORRECT
10     GIOVANNI RIMANDO ASCENSIO,                   SENTENCE PURSUANT TO 28 U.S.C.
                                                    SECTION 2255**
11                   Defendant.                     Re: Dkt. No. 1739

12

13            On June 2, 2020, defendant Giovanni Rimando Ascensio filed a motion for relief pursuant

14     to 28 U.S.C. § 2255.  Mr. Ascensio's motion requests that the Court vacate his conviction for one

15     count of possession of a firearm in furtherance of a crime of violence in violation of 18 U.S.C.

16     § 924(c) and that the Court reduce his term of supervised release from five years to one year.

17            The government does not oppose dismissal of the section 924(c) conviction.  With regard to

18     the request for a reduction of supervised release, the government states that defendant should file a

19     motion for early termination of supervised release at a later date, and that in the event defendant

20     files such a motion, an updated PSR should be prepared and the government will submit a new

21     sentencing memorandum.

22            The Court informs the parties of the following:  If defendant wishes to pursue his request for

23     a reduction of his term of supervised release at this time, the Court will construe his section 2255

24     motion as a motion for early termination of supervised release and direct the preparation of an

25     updated PSR, as well as the filing of sentencing memoranda from counsel.  Alternatively, if

26     defendant wishes to file a motion for early termination of supervised release at a later time, the Court

27     will dismiss the section 924(c) conviction and issue an amended judgment reflecting the dismissal.

28            In light of the above, the Court directs counsel to meet and confer regarding what further

1 | proceedings are necessary in order to resolve the pending motion, and to file a letter so notifying the

2 | Court no later than **July 15.**

3

4 |       **IT IS SO ORDERED**.

5

6 | Dated: July 1, 2020

7 |                 SUSAN ILLSTON
                United States District Judge

United States District Court
Northern District of California