UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GIOVANNI ASCENSIO,<br><br>Defendant. | Case No. 12-cr-00119-SI-1<br><br>**ORDER GRANTING DEFENDANT GIOVANNI ASCENSIO'S MOTION TO VACATE OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255 AND DIRECTING THE PREPARATION OF AMENDED JUDGMENT**<br><br>Re: Dkt. No. 1739 |

On June 2, 2020, defendant Giovanni Rimando Ascensio filed a motion for relief pursuant to 28 U.S.C. § 2255. Mr. Ascensio's motion requests that the Court vacate his conviction for one count of possession of a firearm in furtherance of a crime of violence in violation of 18 U.S.C. § 924(c), based on the United States Supreme Court decision in *United States v. Davis*, 139 S.Ct. 2319 (2019).[1] The government does not oppose dismissal of the section 924(c) conviction.

Accordingly, the Court GRANTS defendant's motion to vacate his conviction for violation of 18 U.S.C. § 924(c). The Court directs the preparation of an amended Judgment reflecting that vacatur.

**IT IS SO ORDERED**.

Dated: July 13, 2020

SUSAN ILLSTON
United States District Judge

---

[1] Defendant has reserved his right to request early termination of supervised release at a later date. Dkt. No. 1757.